1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Nicole L. Drey (SBN 250235)
    *nicole@coombspc.com*
3   J. Andrew Coombs, A Prof. Corp.
    517 E. Wilson Ave., Suite 202
4   Glendale, California  91206
    Telephone:  (818) 500-3200
5   Facsimile:  (818) 500-3201

6   Attorneys for Plaintiff
    Warner Bros. Home Entertainment Inc.
7

8   Eugene Rome (SBN 232780)
    *erome@romeandassociates.com*
    Rome & Associates
9   2029 Century Park East, Suite 1040
    Los Angeles, California 90067
10  Telephone:  (310) 282-0690
    Facsimile:  (310) 282-0691
11

12  Attorney for Defendant
    Solomon Rokowsky, an individual and
13  d/b/a Amazon.com Seller Reneet Gerene

JS-6

**FILED:  6/5/13**

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16  Warner Bros. Home Entertainment Inc.,  )   Case No. CV12-7748 GHK (AJWx)
                                           )
17                      Plaintiff,          )
                                           )
18          v.                              )   [~~PROPOSED~~] CONSENT DECREE
                                           )   AND PERMANENT  INJUNCTION
19  Reneet Gerene, an individual and d/b/a  )
    Amazon.com Seller Reneet Gerene;        )
20  Solomon Rokowsky, an individual and     )
    d/b/a Amazon.com Seller Reneet Gerene;  )
21  and Does 2-10, inclusive,               )
                                           )
22                      Defendants.         )
                                           )
23                                          )
                                           )
24  _____)

25      The Court, having read and considered the Joint Stipulation for Entry of

26  Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

27  Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Solomon Rokowsky, an

28

individual and d/b/a Amazon.com Seller Reneet Gerene ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Unlawful copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks,

trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Unlawful enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to, without authorization, copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unlawful unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint as to Defendant Solomon Rokowsky, an individual and d/b/a Amazon.com Seller Reneet Gerene are dismissed with prejudice.  Co-Defendant Reneet Gerene, an individual, is dismissed without prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action shall, upon the filing by Plaintiff of a duly noticed Motion to Enter Stipulated Judgment, along with the accompanying Settlement

Agreement, Stipulation for Entry of Judgment, and Judgment Pursuant to Stipulation, be reopened should Defendant default under the terms concerning payment of the Settlement Sum or the Consent Decree.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:    6/4/13

_____
Hon. George H. King
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Linder Grode Stein Yankelevitz Sunshine
Regenstreif & Taylor LLP

Rome & Associates

By: _____
        Eugene Rome
Attorney for Defendant
Solomon Rokowsky, an individual and
d/b/a Amazon.com Seller Reneet Gerene

**EXHIBIT A**

**COPYRIGHT REGISTRATIONS**

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-733-273 | BIG LOVE: Winter | Home Box Office, Inc. ("HBO") |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | HBO |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | HBO |
| PA 1-732-179 | BIG LOVE: The Oath | HBO |
| PA 1-741-708 | BIG LOVE: The Special Relationship | HBO |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | HBO |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | HBO |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | HBO |
| PA 1-737-340 | BIG LOVE: Exorcism | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |
| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |

| | | |
|---|---|---|
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-723-450 | Due Date | WBEI |
| PA 741-695 | FRIENDS: The One Where Monica Gets a Roommate | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP ("WBEI") |
| PA 741-697 | FRIENDS: The One with the Sonogram at the End | WBEI |
| PA 741-696 | FRIENDS: The One with the Thumb | WBEI |
| PA 741-699 | FRIENDS: The One with George Stephanopoulos | WBEI |
| PA 741-698 | FRIENDS: The One with the East German Laundry Detergent | WBEI |
| PA 741-700 | FRIENDS: The One with the Butt | WBEI |
| PA 741-701 | FRIENDS: The One with the Blackout | WBEI |
| PA 741-702 | FRIENDS: The One Where Nana Dies Twice | WBEI |
| PA 741-704 | FRIENDS: The One Where Underdog Gets Away | WBEI |
| PA 741-706 | FRIENDS: The One with the Monkey | WBEI |
| PA 741-705 | FRIENDS: The One with Mrs. Bing | WBEI |
| PA 741-703 | FRIENDS: The One with the Dozen Lasagnas | WBEI |
| PA 741-709 | FRIENDS: The One with the Boobies | WBEI |
| PA 741-712 | FRIENDS: The One with the Candy Hearts | WBEI |
| PA 741-708 | FRIENDS: The One with the Stoned Guy | WBEI |
| PA 741-710 | FRIENDS: The One with Two Parts: Part 1 | WBEI |
| PA 741-711 | FRIENDS: The One with Two Parts: Part 2 | WBEI |
| PA 741-707 | FRIENDS: The One with all the Poker | WBEI |
| PA 741-713 | FRIENDS: The One Where the Monkey Gets Away | WBEI |
| PA 741-714 | FRIENDS: The One with the Evil Orthodontist | WBEI |
| PA 750-485 | FRIENDS: The One with the Fake Monica | WBEI |

| | | |
|---|---|---|
| PA 750-486 | FRIENDS: The One with the Ick Factor | WBEI |
| PA 750-484 | FRIENDS: The One with the Birth | WBEI |
| PA 750-483 | FRIENDS: The One where Rachel Finds Out | WBEI |
| PA 789-111 | FRIENDS: The One with Ross's New Girlfriend | WBEI |
| PA 775-415 | FRIENDS: The One with the Breast Milk | WBEI |
| PA 775-416 | FRIENDS: The One Where Heckles Dies | WBEI |
| PA 775-418 | FRIENDS: The One with Phoebe's Husband | WBEI |
| PA 775-417 | FRIENDS: The One with Five Steaks and an Eggplant | WBEI |
| PA 775-419 | FRIENDS: The One with the Baby on the Bus | WBEI |
| PA 775-420 | FRIENDS: The One Where Ross Finds Out | WBEI |
| PA 775-421 | FRIENDS: The One with the List | WBEI |
| PA 775-422 | FRIENDS: The One with Phoebe's Dad | WBEI |
| PA 775-424 | FRIENDS: The One with Russ | WBEI |
| PA 775-425 | FRIENDS: The One with the Lesbian Wedding | WBEI |
| PA 775-432 | FRIENDS: The One After the Superbowl: Part 1 and 2 | WBEI |
| PA 775-423 | FRIENDS: The One with the Prom Video | WBEI |
| PA 775-426 | FRIENDS: The One Where Ross and Rachel… You Know | WBEI |
| PA 775-427 | FRIENDS: The One Where Joey Moves Out | WBEI |
| PA 775-428 | FRIENDS: The One Where Eddie Moves In | WBEI |
| PA 775-429 | FRIENDS: The One Where Dr. Ramoray Dies | WBEI |
| PA 775-430 | FRIENDS: The One Where Eddie Won't Go | WBEI |
| PA 775-431 | FRIENDS: The One Where Old Yeller Dies | WBEI |
| PA 775-836 | FRIENDS: The One with the Bullies | WBEI |
| PA 775-837 | FRIENDS: The One with the Two Parties | WBEI |
| PA 775-839 | FRIENDS: The One with the Chicken Pox | WBEI |
| PA 775-838 | FRIENDS: The One with Barry and Mindy's Wedding | WBEI |
| PA 805-681 | FRIENDS: The One with the Princess Leia Fantasy | WBEI |
| PA 805-680 | FRIENDS: The One Where No One's Ready | WBEI |
| PA 805-679 | FRIENDS: The One with the Jam | WBEI |
| PA 805-678 | FRIENDS: The One with the Metaphorical Tunnel | WBEI |
| PA 806-033 | FRIENDS: The One with Frank Jr. | WBEI |
| PA 806-034 | FRIENDS: The One with the Flashback | WBEI |
| PA 806-035 | FRIENDS: The One with the Race Car Bed | WBEI |

| | | |
|---|---|---|
| PA 806-036 | FRIENDS: The One with the Poking Device | WBEI |
| PA 806-037 | FRIENDS: The One with the Football | WBEI |
| PA 823-904 | FRIENDS: The One Where Rachel Quits | WBEI |
| PA 824-339 | FRIENDS: The One Where Chandler Can't Remember Which Sister | WBEI |
| PA 824-338 | FRIENDS: The One with All the Jealousy | WBEI |
| PA 824-340 | FRIENDS: The One where Monica and Richard Are Just Friends | WBEI |
| PA 824-354 | FRIENDS: The One with Phoebe's Ex-Partner | WBEI |
| PA 824-353 | FRIENDS: The One Where Ross and Rachel Take a Break | WBEI |
| PA 824-355 | FRIENDS: The One the Morning After | WBEI |
| PA 824-357 | FRIENDS: The One With the Ski Trip | WBEI |
| PA 824-356 | FRIENDS: The One with the Hypnosis Tape | WBEI |
| PA 824-621 | FRIENDS: The One with the Tiny T-Shirt | WBEI |
| PA 824-622 | FRIENDS: The One with the Dollhouse | WBEI |
| PA 824-623 | FRIENDS: The One with the Chick and the Duck | WBEI |
| PA 838-151 | FRIENDS: The One with the Screamer | WBEI |
| PA 838-153 | FRIENDS: The One with Ross's Thing | WBEI |
| PA 838-152 | FRIENDS: The One with the Ultimate Fighting Champion | WBEI |
| PA 838-154 | FRIENDS: The One at the Beach | WBEI |
| PA 853-984 | FRIENDS: The One with the Jellyfish | WBEI |
| PA 853-985 | FRIENDS: The One with the Cat | WBEI |
| PA 853-986 | FRIENDS: The One with the 'Cuffs | WBEI |
| PA 853-987 | FRIENDS: The One with the Ballroom Dancing | WBEI |
| PA 854-172 | FRIENDS: The One with Joey's New Girlfriend | WBEI |
| PA 854-173 | FRIENDS: The One with the Dirty Girl | WBEI |
| PA 854-174 | FRIENDS: The One Where Chandler Crosses the Line | WBEI |
| PA 854-175 | FRIENDS: The One with Chandler in a Box | WBEI |
| PA 854-250 | FRIENDS: The One Where They're Going to a Party! | WBEI |
| PA 854-249 | FRIENDS: The One with the Girl from Poughkeepsie | WBEI |
| PA 872-595 | FRIENDS: The One with Phoebe's Uterus | WBEI |
| PA 872-596 | FRIENDS: The One with the Embryos | WBEI |
| PA 872-597 | FRIENDS: The One with Rachel's Crush | WBEI |
| PA 872-647 | FRIENDS: The One with Joey's Dirty Day | WBEI |

| | | | |
|---|---|---|---|
| 1 | PA 872-648 | FRIENDS: The One with All the Rugby | WBEI |
| 2 | PA 873-051 | FRIENDS: The One with the Fake Party | WBEI |
| 3 | PA 873-052 | FRIENDS: The One with the Free Porn | WBEI |
| | PA 873-119 | FRIENDS: The One with Rachel's New Dress | WBEI |
| 4 | PA 873-118 | FRIENDS: The One with All the Haste | WBEI |
| 5 | PA 873-120 | FRIENDS: The One with All the Wedding Dresses | WBEI |
| 6 | PA 886-940 | FRIENDS: The One with the Invitation | WBEI |
| 7 | PA 886-941 | FRIENDS: The One with the Worst Best Man Ever | WBEI |
| 8 | PA 886-942 | FRIENDS: The One with Ross's Wedding: Part 1-2 | WBEI |
| 9 | PA 903-501 | FRIENDS: The One After Ross Says Rachel | WBEI |
| 10 | PA 903-502 | FRIENDS: The One with All the Kissing | WBEI |
| | PA 903-503 | FRIENDS: The One Hundredth | WBEI |
| 11 | PA 903-504 | FRIENDS: The One Where Phoebe Hates PBS | WBEI |
| 12 | PA 903-929 | FRIENDS: The One with the Kips | WBEI |
| 13 | PA 903-932 | FRIENDS: The One with the Yeti | WBEI |
| | PA 903-931 | FRIENDS: The One Where Ross Moves In | WBEI |
| 14 | PA 903-930 | FRIENDS: The One with All the Thanksgivings | WBEI |
| 15 | PA 918-650 | FRIENDS: The One with Ross' Sandwich | WBEI |
| 16 | PA 918-651 | FRIENDS: The One with the Inappropriate Sister | WBEI |
| 17 | PA 918-340 | FRIENDS: The One with All the Resolutions | WBEI |
| 18 | PA 918-341 | FRIENDS: The One with Chandler's Work Laugh | WBEI |
| 19 | PA 918-547 | FRIENDS: The One with Joey's Bag | WBEI |
| 20 | PA 918-548 | FRIENDS: The One Where Everybody Finds Out | WBEI |
| 21 | PA 918-549 | FRIENDS: The One with the Girl Who Hits Joey | WBEI |
| 22 | PA 918-550 | FRIENDS: The One with the Cop | WBEI |
| | PA 929-814 | FRIENDS: The One with Rachel's Inadvertent Kiss | WBEI |
| 23 | PA 929-884 | FRIENDS: The One Where Rachel Smokes | WBEI |
| 24 | PA 929-885 | FRIENDS: The One Where Ross Can't Flirt | WBEI |
| 25 | PA 929-886 | FRIENDS: The One with the Ride-Along | WBEI |
| | PA 936-661 | FRIENDS: The One with the Ball | WBEI |
| 26 | PA 936-662 | FRIENDS: The One with Joey's Big Break | WBEI |
| 27 | PA 936-663 | FRIENDS: The One in Vegas: Part I & II | WBEI |
| | PA 947-241 | FRIENDS: The One After Vegas | WBEI |
| 28 | PA 947-240 | FRIENDS: The One Where Ross Hugs | WBEI |

| | | Rachel | |
|---|---|---|---|
| PA 947-239 | FRIENDS: The One with Ross's Denial | WBEI |
| PA 958-084 | FRIENDS: The One Where Joey Loses His Insurance | WBEI |
| PA 977-638 | FRIENDS: The One with Joey's Porsche | WBEI |
| PA 958-087 | FRIENDS: The One on the Last Night | WBEI |
| PA 958-086 | FRIENDS: The One Where Phoebe Runs | WBEI |
| PA 958-085 | FRIENDS: The One with Ross' Teeth | WBEI |
| PA 971-093 | FRIENDS: The One Where Ross Got High | WBEI |
| PA 971-094 | FRIENDS: The One with the Routine | WBEI |
| PA 981-598 | FRIENDS: The One with the Apothecary Table | WBEI |
| PA 971-095 | FRIENDS: The One with the Joke | WBEI |
| PA 982-983 | FRIENDS: The One with Rachel's Sister | WBEI |
| PA 982-985 | FRIENDS: The One Where Chandler Can't Cry | WBEI |
| PA 982-984 | FRIENDS: The One that Could Have Been: Part 1-2 | WBEI |
| PA 971-096 | FRIENDS: The One with Unagi | WBEI |
| PA 971-097 | FRIENDS: The One Where Ross Dates a Student | WBEI |
| PA 971-427 | FRIENDS: The One with Joey's Fridge | WBEI |
| PA 982-601 | FRIENDS: The One with Mac and CHEESE | WBEI |
| PA 982-988 | FRIENDS: The One Where Ross Meets Elizabeth's Dad | WBEI |
| PA 982-987 | FRIENDS: The One Where Paul's the Man | WBEI |
| PA 982-986 | FRIENDS: The One with the Ring | WBEI |
| PA 983-070 | FRIENDS: The One with the Proposal: Part 1-2 | WBEI |
| PA 999-614 | FRIENDS: The One with Monica's Thunder | WBEI |
| PA 999-615 | FRIENDS: The One with Rachel's Book | WBEI |
| PA 999-617 | FRIENDS: The One with Phoebe's Cookies | WBEI |
| PA 999-616 | FRIENDS: The One with Rachel's Assistant | WBEI |
| PA 1-033-420 | FRIENDS: The One with the Engagement Picture | WBEI |
| PA 1-033-419 | FRIENDS: The One with the Nap Partners | WBEI |
| PA 1-033-418 | FRIENDS: The One with Ross' Library Book | WBEI |
| PA 1-033-421 | FRIENDS: The One Where Chandler Doesn't Like Dogs | WBEI |
| PA 1-048-077 | FRIENDS: The One with All the Candy | WBEI |
| PA 1-048-078 | FRIENDS: The One with the Holiday Armadillo | WBEI |
| PA 1-021-721 | FRIENDS: The One with All the Cheesecakes | WBEI |
| PA 1-021-722 | FRIENDS: The One Where They're Up All | WBEI |

| | | |
|---|---|---|
| | Night | |
| PA 1-021-723 | FRIENDS: The One Where Rosita Dies | WBEI |
| PA 1-021-724 | FRIENDS: The One Where They All Turn Thirty | WBEI |
| PA 1-021-726 | FRIENDS: The One with Joey's New Brain | WBEI |
| PA 1-021-727 | FRIENDS: The One with the Truth About London | WBEI |
| PA 1-021-728 | FRIENDS: The One with the Cheap Wedding Dress | WBEI |
| PA 1-021-729 | FRIENDS: The One with Joey's Award | WBEI |
| PA 1-041-435 | FRIENDS: The One with Ross and Monica's Cousin | WBEI |
| PA 1-041-436 | FRIENDS: The One with Rachel's Big Kiss | WBEI |
| PA 1-036-645 | FRIENDS: The One with the Vows | WBEI |
| PA 1-036-646 | FRIENDS: The One with Chandler's Dad | WBEI |
| PA 1-041-437 | FRIENDS: The One with Monica and Chandler's Wedding: Part 1-2 | WBEI |
| PA 1-048-079 | FRIENDS: The One After I Do | WBEI |
| PA 1-048-195 | FRIENDS: The One with the Red Sweater | WBEI |
| PA 1-048-196 | FRIENDS: The One Where Rachel Tells… | WBEI |
| PA 1-048-198 | FRIENDS: The One with the Videotape | WBEI |
| PA 1-048-197 | FRIENDS: The One with Rachel's Date | WBEI |
| PA 1-064-551 | FRIENDS: The One with the Halloween Party | WBEI |
| PA 1-064-552 | FRIENDS: The One with the Stain | WBEI |
| PA 1-064-572 | FRIENDS: The One with the Stripper | WBEI |
| PA 1-064-573 | FRIENDS: The One with the Rumor | WBEI |
| PA 1-068-676 | FRIENDS: The One with Monica's Boots | WBEI |
| PA 1-068-677 | FRIENDS: The One with Ross's Step Forward | WBEI |
| PA 1-068-613 | FRIENDS: The One Where Joey Dates Rachel | WBEI |
| PA 1-068-614 | FRIENDS: The One Where Chandler Takes a Bath | WBEI |
| PA 1-068-942 | FRIENDS: The One with the Secret Closet | WBEI |
| PA 1-068-943 | FRIENDS: The One with the Birthing Video | WBEI |
| PA 1-079-280 | FRIENDS: The One Where Joey Tells Rachel | WBEI |
| PA 1-079-423 | FRIENDS: The One with the Tea Leaves | WBEI |
| PA 1-078-820 | FRIENDS: The One in Massapequa | WBEI |
| PA 1-092-616 | FRIENDS: The One with Joey's Interview | WBEI |
| PA 1-078-890 | FRIENDS: The One with the Baby Shower | WBEI |
| PA 1-078-891 | FRIENDS: The One with the Cooking Class | WBEI |
| PA 1-078-889 | FRIENDS: The One Where Rachel is Late | WBEI |

| | | |
|---|---|---|
| PA 1-096-096 | FRIENDS: The One Where Rachel Has a Baby: Part 1 | WBEI |
| PA 1-096-093 | FRIENDS: The One Where Rachel Has a Baby: Part 2 | WBEI |
| PA 1-097-335 | FRIENDS: The One Where No One Proposes | WBEI |
| PA 1-097-336 | FRIENDS: The One Where Emma Cries | WBEI |
| PA 1-097-338 | FRIENDS: The One with the Pediatrician | WBEI |
| PA 1-097-337 | FRIENDS: The One with the Sharks | WBEI |
| PA 1-097-339 | FRIENDS: The One with Phoebe's Birthday Dinner | WBEI |
| PA 1-097-340 | FRIENDS: The One with the Male Nanny | WBEI |
| PA 1-110-496 | FRIENDS: The One with Ross' Inappropriate Song | WBEI |
| PA 1-110-495 | FRIENDS: The One with Rachel's Other Sister | WBEI |
| PA 1-110-494 | FRIENDS: The One with Christmas in Tulsa | WBEI |
| PA 1-127-950 | FRIENDS: The One Where Rachel Goes Back to Work | WBEI |
| PA 1-127-949 | FRIENDS: The One with Phoebe's Rats | WBEI |
| PA 1-127-951 | FRIENDS: The One Where Monica Sings | WBEI |
| PA 1-127-954 | FRIENDS: The One with the Blind Date | WBEI |
| PA 1-127-953 | FRIENDS: The One with the Mugging | WBEI |
| PA 1-127-952 | FRIENDS: The One with the Boob Job | WBEI |
| PA 1-198-853 | FRIENDS: The One with the Memorial Service | WBEI |
| PA 1-198-849 | FRIENDS: The One with the Lottery | WBEI |
| PA 1-198-852 | FRIENDS: The One with Rachel's Dream | WBEI |
| PA 1-198-863 | FRIENDS: The One with the Soap Opera Party | WBEI |
| PA 1-198-862 | FRIENDS: The One with the Fertility Test | WBEI |
| PA 1-197-156 | FRIENDS: The One with the Donor | WBEI |
| PA 1-148-756 | FRIENDS: The One in Barbados: Part 1 and 2 | WBEI |
| PA 1-193-101 | FRIENDS: The One After Joey and Rachel Kiss | WBEI |
| PA 1-193-099 | FRIENDS: The One Where Ross is Fine | WBEI |
| PA 1-193-100 | FRIENDS: The One with Ross's Tan | WBEI |
| PA 1-206-395 | FRIENDS: The One with the Cake | WBEI |
| PA 1-206-396 | FRIENDS: The One Where Rachel's Sister Babysits | WBEI |
| PA 1-206-397 | FRIENDS: The One with Ross' Grant | WBEI |
| PA 1-206-398 | FRIENDS: The One with the Home Study | WBEI |
| PA 1-206-399 | FRIENDS: The One with the Late Thanksgiving | WBEI |
| PA 1-206-440 | FRIENDS: The One with the Birth Mother | WBEI |

| PA 1-206-441 | FRIENDS: The One Where Chandler Gets Caught | WBEI |
|---|---|---|
| PA 1-214-056 | FRIENDS: The One Where the Stripper Cries | WBEI |
| PA 1-214-053 | FRIENDS: The One with Phoebe's Wedding | WBEI |
| PA 1-213-062 | FRIENDS: The One Where Joey Speaks French | WBEI |
| PA 1-213-061 | FRIENDS: The One with Princess Consuelo | WBEI |
| PA 1-210-936 | FRIENDS: The One Where Estelle Dies | WBEI |
| PA 1-210-937 | FRIENDS: The One with Rachel's Going Away Party | WBEI |
| PA 1-221-640 | FRIENDS: The One Before the Last One: 10 Years of Friends | WBEI |
| PA 1-221-641 | FRIENDS: The Last One: Part 1-2 | WBEI |
| PA 678-197 | Gettysburg | Turner Pictures, Inc. |
| PA 1-798-788 | GOSSIP GIRL: Belles De Jour | WBEI |
| PA 1-798-808 | GOSSIP GIRL: Double Identity | WBEI |
| PA 1-798-791 | GOSSIP GIRL: The Undergraduates | WBEI |
| PA 1-798-782 | GOSSIP GIRL: Touch Of Eva | WBEI |
| PA 1-798-779 | GOSSIP GIRL: Goodbye, Columbia | WBEI |
| PA 1-798-796 | GOSSIP GIRL: Easy J | WBEI |
| PA 1-798-800 | GOSSIP GIRL: War At The Roses | WBEI |
| PA 1-798-805 | GOSSIP GIRL: Juliet Doesn't Live Here Anymore | WBEI |
| PA 1-798-776 | GOSSIP GIRL: The Witches Of Bushwick | WBEI |
| PA 1-798-706 | GOSSIP GIRL: Gaslit | WBEI |
| PA 1-798-803 | GOSSIP GIRL: The Townie | WBEI |
| PA 1-798-675 | GOSSIP GIRL: The Kids Are Not All Right | WBEI |
| PA 1-798-813 | GOSSIP GIRL: Damien Darko | WBEI |
| PA 1-798-793 | GOSSIP GIRL: Panic Roommate | WBEI |
| PA 1-798-778 | GOSSIP GIRL: It-Girl Happened One Night | WBEI |
| PA 1-798-700 | GOSSIP GIRL: While You Weren't Sleeping | WBEI |
| PA 1-798-784 | GOSSIP GIRL: Empire of The Son | WBEI |
| PA 1-798-783 | GOSSIP GIRL: The Kids Stay In The Picture | WBEI |
| PA 1-798-694 | GOSSIP GIRL: Petty In Pink | WBEI |
| PA 1-798-660 | GOSSIP GIRL: The Princess And The Frog | WBEI |
| PA 1-798-713 | GOSSIP GIRL: Shattered Bass | WBEI |
| PA 1-798-789 | GOSSIP GIRL: The Wrong Goodbye | WBEI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |

| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
|---|---|---|
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-811-289 | Joyful Noise | Alcon Film Fund, LLC |
| PA 1-654-093 | NIP/TUCK: Blue Mondae | WBEI |
| PA 1-654-112 | NIP/TUCK: Burt Landau | WBEI |
| PA 1-654-117 | NIP/TUCK: Cindy Plumb | WBEI |
| PA 1-654-114 | NIP/TUCK: Conor McNamara | WBEI |
| PA 1-654-096 | NIP/TUCK: Conor McNamara, 2026 | WBEI |
| PA 1-654-095 | NIP/TUCK: Dawn Budge | WBEI |
| PA 1-654-107 | NIP/TUCK: Diana Lubey | WBEI |
| PA 1-654-100 | NIP/TUCK: Faith Wolper. PH.D | WBEI |
| PA 1-654-110 | NIP/TUCK: Gala Gallardo | WBEI |
| PA 1-654-115 | NIP/TUCK: Liz Cruz | WBEI |
| PA 1-654-105 | NIP/TUCK: Merrill Bobolit | WBEI |
| PA 1-654-097 | NIP/TUCK: Monica Wilder | WBEI |
| PA 1-654-094 | NIP/TUCK: Reefer | WBEI |
| PA 1-654-102 | NIP/TUCK: Shari Noble | WBEI |
| PA 1-654-108 | NIP/TUCK: Willy Ward | WBEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |

| | | |
|---|---|---|
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | WBEI |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | WBEI |

| | | |
|---|---|---|
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | WBEI |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | WBEI |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | WBEI |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | WBEI |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | WBEI |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | WBEI |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | WBEI |
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |

| | | |
|---|---|---|
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-079 | SHAMELESS: Frank The Plank Frank | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |
| PA 1-800-080 | SHAMELESS: Casey Casden | WBEI |
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-829-833 | SHAMELESS: Killer Carl | WBEI |
| PA 1-829-835 | SHAMELESS: Frank Gallagher: Loving Husband, Devoted Father | WBEI |
| PA 1-829-832 | SHAMELESS: It's Time To Kill The Turtle | WBEI |
| PA 1-829-837 | SHAMELESS: But At Last Came A Knock | WBEI |
| PA 1-829-831 | SHAMELESS: Nana Gallagher Had An Affair | WBEI |
| PA 1-829-834 | SHAMELESS: Daddyz Girl | WBEI |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
| PA 1-771-915 | Sherlock Holmes: A Game of Shadows | WV Films IV LLC |
| PA 1-826-508 | SMALLVILLE: Odyssey | WBEI |
| PA 1-826-533 | SMALLVILLE: Plastique | WBEI |
| PA 1-826-530 | SMALLVILLE: Toxic | WBEI |
| PA 1-826-988 | SMALLVILLE: Instinct | WBEI |
| PA 1-827-014 | SMALLVILLE: Committed | WBEI |
| PA 1-826-986 | SMALLVILLE: Prey | WBEI |
| PA 1-827-707 | SMALLVILLE: Identity | WBEI |
| PA 1-826-997 | SMALLVILLE: Bloodline | WBEI |

| | | |
|---|---|---|
| PA 1-826-512 | SMALLVILLE: Abyss | WBEI |
| PA 1-826-972 | SMALLVILLE: Bride | WBEI |
| PA 1-826-981 | SMALLVILLE: Legion | WBEI |
| PA 1-827-013 | SMALLVILLE: Bulletproof | WBEI |
| PA 1-826-993 | SMALLVILLE: Power | WBEI |
| PA 10826-507 | SMALLVILLE: Requiem | WBEI |
| PA 1-827-010 | SMALLVILLE: Infamous | WBEI |
| PA 1-827-004 | SMALLVILLE: Turbulence | WBEI |
| PA 1-826-510 | SMALLVILLE: Hex | WBEI |
| PA 1-826-969 | SMALLVILLE: Eternal | WBEI |
| PA 1-827-007 | SMALLVILLE: Stiletto | WBEI |
| PA 1-826-984 | SMALLVILLE: Beast | WBEI |
| PA 1-826-990 | SMALLVILLE: Injustice | WBEI |
| PA 1-826-509 | SMALLVILLE: Doomsday | WBEI |
| PA 1-827-918 | SMALLVILLE: Savior | WBEI |
| PA 1-827-917 | SMALLVILLE: Metallo | WBEI |
| PA 1-827-786 | SMALLVILLE: Rabid | WBEI |
| PA 1-827-902 | SMALLVILLE: Echo | WBEI |
| PA 1-827-780 | SMALLVILLE: Idol | WBEI |
| PA 1-827-900 | SMALLVILLE: Roulette | WBEI |
| PA 1-827-787 | SMALLVILLE: Crossfire | WBEI |
| PA 1-827-916 | SMALLVILLE: Kandor | WBEI |
| PA 1-827-897 | SMALLVILLE: Pandora | WBEI |
| PA 1-827-867 | SMALLVILLE: Disciple | WBEI |
| PA 1-827-864 | SMALLVILLE: Society | WBEI |
| PA 1-827-850 | SMALLVILLE: Legends | WBEI |
| PA 1-827-862 | SMALLVILLE: Warrior | WBEI |
| PA 1-827-888 | SMALLVILLE: Persuasion | WBEI |
| PA 1-827-848 | SMALLVILLE: Conspiracy | WBEI |
| PA 1-827-899 | SMALLVILLE: Escape | WBEI |
| PA 1-827-906 | SMALLVILLE: Checkmate | WBEI |
| PA 1-827-870 | SMALLVILLE: Upgrade | WBEI |
| PA 1-827-884 | SMALLVILLE: Charade | WBEI |
| PA 1-827-873 | SMALLVILLE: Sacrifice | WBEI |
| PA 1-827-905 | SMALLVILLE: Hostage | WBEI |
| PA 1-827-892 | SMALLVILLE: Salvation | WBEI |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |

| | | |
|---|---|---|
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | BGE |
| PA 998-992 | SOPRANOS, THE: Do Not Resuscitate | HBO; Samax, Inc. ("SI") |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |

| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
|---|---|---|
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |

| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
|---|---|---|
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |
| PA 1-689-438 | STAR WARS: THE CLONE WARS: Holocron Heist | Lucasfilm Ltd. ("LFL") |
| PA 1-689-462 | STAR WARS: THE CLONE WARS: Cargo of Doom | LFL |
| PA 1-689-473 | STAR WARS: THE CLONE WARS: Senate Spy | LFL |
| PA 1-689-490 | STAR WARS: THE CLONE WARS: Landing at Point Rain | LFL |
| PA 1-689-505 | STAR WARS: THE CLONE WARS: Legacy of Terror | LFL |
| PA 1-689-472 | STAR WARS: THE CLONE WARS: Brain Invaders | LFL |
| PA 1-689-487 | STAR WARS: THE CLONE WARS: Grievous Intrigue | LFL |
| PA 1-689-460 | STAR WARS: THE CLONE WARS: The Mandalore Plot | LFL |
| PA 1-689-492 | STAR WARS: THE CLONE WARS: Voyage of Temptation | LFL |
| PA 1-689-447 | STAR WARS: THE CLONE WARS: Duchess of Mandalore | LFL |
| PA 1-689-437 | STAR WARS: THE CLONE WARS: Senate Murders | LFL |
| PA 1-715-068 | STAR WARS: THE CLONE WARS: Death Trap | LFL |
| PA 1-711-844 | STAR WARS: THE CLONE WARS: Lethal Trackdown | LFL |
| PA 1-744-569 | STAR WARS: THE CLONE WARS: Clone Cadets | LFL |
| PA 1-753-793 | STAR WARS: THE CLONE WARS: Arc Troopers | LFL |
| PA 1-744-572 | STAR WARS: THE CLONE WARS: Supply Lines | LFL |

| PA 1-741-283 | STAR WARS: THE CLONE WARS: Sphere Of Influence | LFL |
|---|---|---|
| PA 1-741-284 | STAR WARS: THE CLONE WARS: Corruption | LFL |
| PA 1-744-048 | STAR WARS: THE CLONE WARS: The Academy | LFL |
| PA 1-741-280 | STAR WARS: THE CLONE WARS: Assassin | LFL |
| PA 1-775-125 | STAR WARS: THE CLONE WARS: Evil Plans | LFL |
| PA 1-780-441 | STAR WARS: THE CLONE WARS: Hunt For Ziro | LFL |
| PA 1-780-410 | STAR WARS: THE CLONE WARS: Heroes On Both Sides | LFL |
| PA 1-780-438 | STAR WARS: THE CLONE WARS: Pursuit Of Peace | LFL |
| PA 1-780-057 | STAR WARS: THE CLONE WARS: Nightsisters | LFL |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |

| | | |
|---|---|---|
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |

| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
|---|---|---|
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |

| PA 1-643-119 | **THE HANGOVER** | IFP Westcoast Erste GmbH & Co. KG. |
|---|---|---|
| PA 1-679-184 | THE PACIFIC: Part One | HBO |
| PA 1-687-855 | THE PACIFIC: Part Two | HBO |
| PA 1-679-181 | THE PACIFIC: Part Three | HBO |
| PA 1-683-931 | THE PACIFIC: Part Four | HBO |
| PA 1-683-936 | THE PACIFIC: Part Five | HBO |
| PA 1-683-933 | THE PACIFIC: Part Six | HBO |
| PA 1-683-929 | THE PACIFIC: Part Seven | HBO |
| PA 1-685-746 | THE PACIFIC: Part Eight | HBO |
| PA 1-685-739 | THE PACIFIC: Part Nine | HBO |
| PA 1-685-738 | THE PACIFIC: Part Ten | HBO |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS Studios Inc. ("CSI") |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CSI |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CSI |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CSI |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CSI |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CSI |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CSI |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CSI |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CSI |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CSI |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CSI |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CSI |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CSI |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CSI |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CSI |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CSI |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CSI |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CSI |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CSI |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CSI |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CSI |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CSI |

| PA 1-085-787 | THE WIRE: The Target | HBO |
|---|---|---|
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |

| | | |
|---|---|---|
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-686-688 | TREME: Do You Know What It Means? | HBO |
| PA 1-686-691 | TREME: Meet De Boys On The Battlefront | HBO |
| PA 1-686-694 | TREME: Right Place, Wrong Time | HBO |
| PA 1-686-695 | TREME: At The Foot of Canal Street | HBO |
| PA 1-687-984 | TREME: Shame, Shame, Shame | HBO |
| PA 1-687-982 | TREME: Shallow Water, Oh Mama | HBO |
| PA 1-687-980 | TREME: Smoke My Piece Pipe | HBO |
| PA 1-697-073 | TREME: All On A Mardi Gras Day | HBO |
| PA 1-697-072 | TREME: Wish Someone Would Care | HBO |
| PA 1-783-912 | TREME: I'll Fly Away | HBO |
| PA 1-743-069 | TREME: Accentuate The Positive | HBO |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | HBO |
| PA 1-750-437 | TREME: OnYour Way Down | HBO |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | HBO |
| PA 1-746-579 | TREME: Slip Away | HBO |
| PA 1-746-582 | TREME: Feels Like Rain | HBO |
| PA 1-746-583 | TREME: Carnival Time | HBO |
| PA 1-756-008 | TREME: Can I Change My Mind | HBO |
| PA 1-748-878 | TREME: What Is New Orleans? | HBO |
| PA 1-748-782 | TREME: That's What Lovers Do? | HBO |

| PA 1-748-781 | TREME: Do Whatcha Wanna | HBO |
| PA 1-808-244 | Wrath of the Titans | COTT Productions LLC |